# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KENT BRANCH, | : | Case No. 1:20-cv-832 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| CSX TRANSPORTATION INC., | : | |
| Defendant. | : | |

## ORDER OF REFERRAL

This civil action is hereby referred to Magistrate Judge Karen L. Litkovitz for the limited purpose of conducting settlement negotiations, or, in Magistrate Judge Litkovitz's discretion, to be referred to a Court-appointed volunteer mediator. Counsel shall jointly contact Magistrate Judge Litkovitz's Chambers (513-564-7690) to schedule the proceedings.

The Court VACATES the current calendar, including the trial dates. (Doc. 8). If necessary, the Court will set new trial dates in consultation with the parties.

**IT IS SO ORDERED.**

Date: 1/10/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge